**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tina Marie Hall-Jordan <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-15190 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ Kevin G. McDonald, Esq.**
                                  Kevin G. McDonald, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322